Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED ✓
RECEIVED ____
LODGED ____
COPY ____

NOV 0 8 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

THIS DOCUMENT IS *NOT* IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCWP 5.4
(Rule Number/Section)

Rosaura Strous

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Yuma County

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **CV22-01906-PHX-JJT**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

   A.    **The Plaintiff(s)**

         Provide the information below for each plaintiff named in the complaint. Attach additional pages if
         needed.

         Name                    Rosaura Strous
         Street Address          716 E 26th St
         City and County         Yuma AZ 85365
         State and Zip Code      85364
         Telephone Number        308-430-3900
         E-mail Address          rosstr.2222@yahoo.com

   B.    **The Defendant(s)**

         Provide the information below for each defendant named in the complaint, whether the defendant is an
         individual, a government agency, an organization, or a corporation. For an individual defendant,
         include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                 Yuma County of Superior Court

    Job or Title *(if known)*    Security, Human Resources

    Street Address         250 W. 2nd St.

    City and County       Yuma

    State and Zip Code     Arizona  85364

    Telephone Number     928 373-1013

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.  Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Yuma County of Superior Court |
| Street Address | 250 W. 2nd St. |
| City and County | Yuma AZ |
| State and Zip Code | 85364 |
| Telephone Number | 928 373-1013 |

## II.  Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

☐ Relevant state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____

### III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☐   Termination of my employment.

☐   Failure to promote me.

☒   Failure to accommodate my disability.

☐   Unequal terms and conditions of my employment.

☒   Retaliation.

☐   Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s) ~~2009~~ August 5th & January 2018 2015

C.   I believe that defendant(s) *(check one)*:

☐   is/are still committing these acts against me.

☒   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐   race   _____

☐   color   _____

☒   gender/sex   _____

☐   religion   _____

☐   national origin   _____

☒   age *(year of birth)*   _____ *(only when asserting a claim of age discrimination.)*

☒   disability or perceived disability *(specify disability)*
   _____

E.   The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Charge Number EEOC  540-2019-00221
Filed
Sep. 13, 2022

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

### IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

September 13, 2022

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*   9-13-22  .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

### V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Unemployed 4 years due to disability
Caused by events in regards to this discrimination.
Loss of wages.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   11·07-22
                   Nov. 07, 2022

Signature of Plaintiff   R. Strous

Printed Name of Plaintiff   Rosaura Strous

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Phoenix District Office**
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012
(602) 661-0002
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/27/2022

**To:** Rosaura Strous
716 E. 26th St.
Yuma, AZ 85365

Charge No: 540-2022-03104

EEOC Representative and email:   Steven Ringgold
Supervisor
Steven.Ringgold@eeoc.gov

---

## DISMISSAL OF CHARGE

The EEOC is closing this charge because your charge was not filed within the time limits under the law; in other words, you waited too long after the date of the alleged discrimination to file your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 540-2022-03104.

On behalf of the Commission,

Melinda Caraballo
Acting District Director

**Cc:**
David M Haws
YUMA COUNTY SUPERIOR COURT
250 W. 2nd St.
Yuma, AZ 85364

Please retain this notice for your records.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 540-2022-03104 |

| Arizona Attorney General's Office, Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev. etc.)*<br>Rosaura Strous | Home Phone<br>(308) 430-3900 | Year of Birth<br>1969 |
|---|---|---|

| Street Address<br>716 E. 26th St.<br>Yuma, AZ 85365 | | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>YUMA COUNTY OF | No. Employees, Members<br>501+ Employees | Phone No. |
|---|---|---|
| Street Address<br>Superior Court 250 W. 2nd St.<br>Yuma, AZ 85364 | | |
| Name | No. Employees, Members | Phone No. |
| Street Address | | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest<br>02/01/2018 |
| Disability, Retaliation, Sex | Latest<br>02/01/2018 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by the above-named employer in or around September 2007 in its Security Division. I was then forced to work as a Ballif despite the fact that this is not the position I was hired for and did not feel comfortable with it. I was told to 'wing it'.Between August 2015 and January 2018, I was harassed by my supervisor and forced to resign from my position, as detailed in EEOC charge number 540-2019-00221, filed on October 15, 2018. Since that time, this employer has repeatedly refused my request for personnel records, medical records or investigative reports that might shed light on the reasons for my forced resignation; some records have been provided but others - especially records pertaining to my disability - are missing or have been withheld. Since approximately April 30, 2021, they have refused to speak to me at all and will not take my calls.I believe that I have been discriminated against due to my sex (female), perceived sexual orientation, disabilities, and in retaliation for my complaints and for the filing of my previous EEOC charges (540-2019-00221 and 540-2021-03096), in violation of the Americans with Disabilities Act of 1990 and Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Sep. 13. 2022<br>*Date*  R Strous<br>*Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |